Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
**KEEGAN & BAKER, LLP**
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Tel:  (760) 929-9303
Fax:  (760) 929-9260

Attorney for Plaintiff
JANE DOE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEIGHBORHOOD HEALTHCARE; HEALTH CENTERS PARTNERS OF SOUTHERN CALIFORNIA; NETGAIN TECHNOLOGY, LLC; and DOE DEFENDANTS 1-100;<br><br>Defendants. | Case No. 3:21-cv-01587-BEN-RBB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HEALTH CENTERS PARTNERS OF SOUTHERN CALIFORNIA PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe, by her attorney, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Health Centers Partners of Southern California.

Dated: September 9, 2022

KEEGAN & BAKER, LLP

s/ *Patrick Keegan*
Patrick N. Keegan
Attorney for Plaintiff JANE DOE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 9, 2022, a true and correct copy of the **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HEALTH CENTERS PARTNERS OF SOUTHERN CALIFORNIA PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's EM/ECF System.

                                              s/ *Patrick N. Keegan*
                                              Patrick N. Keegan, Esq.
                                              pkeegan@keeganbaker.com