RANDY S. GROSSMAN
United States Attorney
GLEN F. DORGAN
Assistant U.S. Attorney
California State Bar No.: 160502
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7665
Facsimile: (619) 546-7751
Email: glen.dorgan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEIGHBORHOOD HEALTHCARE; HEALTH CENTER PARTNERS OF SOUTHERN CALIFORNIA; NETGAIN TECHNOLOGY, LLC; and DOE DEFENDANTS 1-100,<br><br>Defendant. | Case No.: 21-CV-1587-BEN (RBB)<br><br>JOINT MOTION TO DISMISS DEFENDANT THE UNITED STATES OF AMERICA WITHOUT PREJUDICE |

| | |
|---|---|
| 1 | **COME NOW THE PARTIES,** Plaintiff Jane Doe ("Plaintiff"), by and through her attorneys, Patrick Keegan, and Defendant the United States of America ("the Government," or the "United States"), through its attorneys, Randy S. Grossman, United States Attorney, and Glen F. Dorgan, Assistant U.S. Attorney, hereby jointly move the Court to dismiss Defendant the United States from this action without prejudice. |

    **COME NOW THE PARTIES,** Plaintiff Jane Doe ("Plaintiff"), by and through her attorneys, Patrick Keegan, and Defendant the United States of America ("the Government," or the "United States"), through its attorneys, Randy S. Grossman, United States Attorney, and Glen F. Dorgan, Assistant U.S. Attorney, hereby jointly move the Court to dismiss Defendant the United States from this action without prejudice.

    Good cause exists for this motion as the Plaintiff and the United States have resolved the current issues identified in the United States' pending motion to dismiss, and agree that the United States (who was substituted in place of Defendant Neighborhood Healthcare) should be dismissed without prejudice. The Plaintiff and the United States have further agreed that each party should bear its own attorneys' fees and costs of suit.

    Based upon the foregoing, it is respectfully requested that the Court enter an order dismissing the United States from this action without prejudice.

DATED: May 1, 2023

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*s/ Glen F. Dorgan*

GLEN F. DORGAN
Assistant United States Attorney
Attorneys for the United States

DATED: May 1, 2023

KEEGAN & BAKER, LLP

s/ *Patrick Keegan*

PATRICK N. KEEGAN
Attorney for Plaintiff

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from the foregoing signatories to affix their electronic signature to this document.

DATED:    May 1, 2023                    Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*s/ Glen F. Dorgan*

GLEN F. DORGAN
Assistant U.S. Attorney
E-Mail: glen.dorgan@usdoj.gov
Counsel for Defendant the United States